**Electronically Filed
Supreme Court
SCWC-18-0000932
30-SEP-2024
09:38 AM
Dkt. 5 ODAC**

SCWC-18-0000932

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

YI BING WANG,
Petitioner/Complainant/Appellant-Appellant,

vs.

STATE OF HAWAI'I, DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS;
JADE T. BUTAY in his official capacity of Director of the
Department of Labor and Industrial Relations, State of Hawai'i;
and CARMEN DI AMORE-SIAH, Attorney at Law, a Law Corporation,
Respondents/Respondents/Appellees-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000932; CASE NO. 1CC171001119)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner's Application for Writ of Certiorari, filed

on August 19, 2024, is hereby rejected.

DATED:  Honolulu, Hawai'i, September 30, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. Mckenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

